U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 2 1 2007

CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

FRAZIER DEVELOPMENT, LLC,                                  CASE NO. 07-00500-NPO

DEBTOR.                                                    CHAPTER 11

AMSOUTH BANK, A WHOLLY-OWNED
SUBSIDIARY OF REGIONS BANK                                 MOVANT

VS.                                                        MOTION NO. _____

FRAZIER DEVELOPMENT, LLC                                   RESPONDENT


## FINAL JUDGMENT

This day there came on for consideration the Motion For Relief From Automatic Stay Or, Alternatively, For Adequate Protection ("Motion") [Docket No. 36] filed by AmSouth Bank, a wholly-owned subsidiary of Regions Bank ("AmSouth"); Answer and Response to Motion for Relief from Automatic Stay or, Alternative, for Adequate Protection [Docket No. 54] filed by Frazier Development, LLC ("Debtor"); and Laws Construction Company, Inc.'s Response to AmSouth Banks' Motion for Relief from the Automatic Stay or, Alternatively, for Adequate Protection ("Laws' Response") [Docket No. 62] filed by Laws Construction Company, Inc. ("Laws") in the above-referenced Chapter 11 proceeding. The Court, being fully advised in the premises and having considered the pleadings and arguments of counsel, finds final judgment should be entered on the Motion as set forth in the Order Lifting Automatic Stay entered contemporaneously herewith, the terms of which are incorporated herein by reference.

IT IS, THEREFORE, ORDERED AND ADJUDGED that final judgment be and hereby is entered on the Motion as set forth in the Order Lifting Automatic Stay entered contemporaneously herewith, the terms of which are incorporated herein by reference.

2067159.1/02075.25207

SO ORDERED AND ADJUDGED this 21st day of March , 2007.

NEIL P. OLACK
U.S. BANKRUPTCY JUDGE