UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 2 1 2007

CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

IN RE:

FRAZIER DEVELOPMENT, LLC,          CASE NO. 07-00500-NPO

DEBTOR.                             CHAPTER 11

ORDER DISMISSING AND CLOSING CASE

This matter came before the Court on the Order to Show Cause (Dk. No. 44) after notice and a hearing in the above-styled chapter 11 case (the "Chapter 11 Case"). The Court, being fully advised in the premises, finds that the Chapter 11 Case was initiated by the filing of a Voluntary Petition (the "Petition") (Dk. No. 1) on February 16, 2007. The Schedules and Statement of Financial Affairs were due within fifteen (15) days from the date of the filing of the Petition, as required by 11 U.S.C. §521 and Interim Federal Rule of Bankruptcy Procedure 1007(c) (adopted in the Southern District of Mississippi by General Order dated September 14, 2005). Frazier Development, LLC (the "Debtor") has failed to file the Schedules and Statement of Financial Affairs. Therefore, the Court finds that the Chapter 11 Case should be dismissed and closed.

IT IS THEREFORE ORDERED that the Chapter 11 Case filed by the Debtor hereby is dismissed for failure to file the Schedules and Statement of Financial Affairs and that the Chapter 11 Case is hereby closed.

SO ORDERED, this the 21st day of March, 2007.

NEIL P. OLACK
UNITED STATES BANKRUPTCY JUDGE